UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

MANUEL MARTINEZ, :
: **1:24-cv-08285-JPO**
Plaintiff, :
-against-
:
:
:
6645 OWNERS CORP., BSP BROADWAY 1 LLC, BSP BROADWAY 2 LLC, CEDAR BRIDGE MANAGEMENT CORP, and MANNY "DOE" individually :
: **Notice of Appearance**
Defendant(s) :
:

-------------------------------------------------------- X

Kindly enter my appearance as counsel for Defendants. I certify that I am admitted to practice law in the Southern District of New York:

Nadav Zamir (NZ 2230) – nadav.zamir@groupfivelegal.com
Group Five Legal LLP
*Attorneys for Defendants*
5 Koritz Court, 302-A
Monroe, New York 10950
Tel: 631.514.5983

Dated: December 12, 2024
New York, New York

GROUP FIVE LEGAL LLP

By: /s/ Nadav Zamir
Nadav Zamir
Group Five Legal LLP
*Attorneys for Defendants*
5 Koritz Court, 302-A
Monroe, New York 10950
Tel: 631.514.5983