AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Martinez et al
*Plaintiff*
v.
6645 Owners Corp et al
*Defendant*

Case No. 1:24-cv-08285

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 12/13/2024

/s/ Madeline Howard
*Attorney's signature*

Madeline Howard, Esq., 6057509
*Printed name and bar number*

31-19 Newtown Avenue,
Seventh Floor,
Astoria, NY 11102
*Address*

mhoward@saccofillas.com
*E-mail address*

(718) 269-2251
*Telephone number*

(718) 679-9660
*FAX number*

Print Save As... Reset