UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

MANUEL MARTINEZ, *individually and on behalf of others
similarly situated,*                                                    **24 Civ. 08285**

                              *Plaintiff,*                              **JUDGMENT**

-against-

6645 OWNERS CORP., BSP BROADWAY 1 LLC,
BSP BROADWAY 2 LLC, CEDARBRIDGE
MANAGEMENT CORP., and MANNY "DOE"
individually,

                              *Defendants.*
-----------------------------------------------------------------------X

## JUDGMENT

On December 17, 2025, Plaintiff filed a Notice of Acceptance of Defendants' Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

The Court finds that Defendants' Offer of Judgment was served in accordance with Fed. R. Civ. P. 5(b) and accepted within the time permitted under Fed. R. Civ. P. 68(a).

The Court retains jurisdiction solely to enforce payment of this Judgment.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MANUEL MARTINEZ, have judgment against 6645 OWNERS CORP., BSP BROADWAY 1 LLC, BSP BROADWAY 2 LLC, CEDARBRIDGE MANAGEMENT CORP., and MANNY "DOE," jointly and severally, in the amount of Seventy-Five Thousand Nine Hundred Dollars and No Cents ($75,900.00) (inclusive of attorneys' fees and costs).

Payment shall be made in accordance with the terms set forth in Defendants' Rule 68 Offer of Judgment.

Dated:December 2 2, 2025

_____
J. PAUL OETKEN
United States District Judge

2